UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Conservation Law Foundation

       Plaintiff

   v.                                                       Civil Action No. 1:22-10626-RGS

Massachusetts Water Resources Authority

       Defendant

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order [Dkt. # 27] issued on February 17, 2023, granting defendant's Motion to Dismiss, it is hereby ORDERED:

Judgment for defendant Massachusetts Water Resources Authority.

                                                                  By the court,

February 17, 2023                                          /s/ Arnold Pacho
Date                                                                   Deputy Clerk